```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Criminal No. 06-51-01-PB

**Kevin Doherty**

## O R D E R

The defendant, through counsel, has moved to continue the December 5, 2006 trial in the above case, citing the need for additional time to complete discovery and engage in plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 5, 2006 to April 3, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The November 28, 2006 final pretrial conference is continued to March 22, 2007 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 1, 2006

cc:   Elliot M. Weinstein, Esq.
      Paul Garrity, Esq.
      Arnold Huftalen, Esq.
      United States Probation
      United States Marshal